```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARYN BALDWIN,

                Plaintiff,

    -v-

TMPL LEXINGTON LLC, *et al.*,

                Defendants.

**ORDER**

23-CV-9899 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated June 4, 2025, this case was referred to the undersigned for settlement. ECF No. 58.

A conference is scheduled on **June 11, 2025,** at **10:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 852 789 159#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: June 5, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1