

**FRONTERA LAW**

411 Theodore Fremd Avenue
Suite 235
Rye, New York 10580
Ph. (914) 873-4388
Fx. (914) 241-5922
www.fronteralawfirm.com

June 13, 2025

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re: *Baldwin v. TMPL Lexington LLC et al.*
23 Civ. 9899 (PAE)(HJR)

Dear Judge Engelmayer:

We represent Plaintiff in the above-referenced matter and together with counsel for Defendants, respectfully submit this letter in accordance with Your Honor's Order dated June 5, 2025. (ECF No. 60).

On June 11, 2025 we participated in a scheduling conference before Magistrate Judge Ricardo, during which an in-person settlement conference was scheduled for July 11, 2025. The parties are hopeful that with the Court's assistance, the upcoming conference will facilitate a resolution of the matter.

In light of the upcoming settlement conference, the parties respectfully request that the current deadlines for the pending motions for summary judgment be adjourned to a date following the conference, to permit the parties to focus their efforts on settlement discussions.

We thank the Court for its time and consideration and remain available to provide additional information if needed.

Respectfully submitted,

Laura Rodríguez

cc: All Counsel of Record (via ECF)

GRANTED. The telephonic pre-motion conference is hereby adjourned until 3 p.m. on Thursday, July 24, 2025. Any pre-motion letters are due July 16, 2025, and any replies are due July 21, 2025.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

June 16, 2025
New York, New York