```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARYN BALDWIN,

                Plaintiff,

      -against-

TMPL LEXINGTON LLC d/b/a TMPL
LEXINGTON, EMPIRE HOLDINGS AND
INVESTMENTS, LLC, and PATRICK WALSH,

                Defendants.

**ORDER**

23-CV-9899 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

     The Court is in receipt of the parties' motion for approval of a settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). ECF No. 66. Upon review of the materials submitted in support of the parties' motion, the Court notes that the attached settlement agreement, ECF No. 66-1, does not address the Plaintiff's claims for unpaid wages (Causes of Action Fourth through Ninth of the Complaint) (the "Wage Claims"). *See id.* at 1.

     Accordingly, by **September 24, 2025**, counsel is directed to submit a copy of the agreement intended to address the settlement and full resolution of Plaintiff's Wage Claims for *Cheeks* approval.

     As it appears that the parties' submission of the settlement agreement at ECF No. 66-1 was unintentional, the Court, in an exercise of its "inherent power," *sua sponte* strikes ECF No. 66-1 in its entirety. *See Lively v. Wayfarer Studios LLC*, No. 24-CV-10049, 2025 WL 1410702 (S.D.N.Y. May 15, 2025) (striking filings from

1

docket); *see also Roberto Coin, Inc. v. Goldstein*, No. 18-CV-4045, 2023 WL 5345901, at *2 (E.D.N.Y. Aug. 21, 2023) (same).

The Clerk of Court is respectfully directed to strike ECF No. 66-1.

**SO ORDERED.**

Dated: September 10, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge