USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/16/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARYN BALDWIN,

            Plaintiff,

    -against-

TMPL LEXINGTON LLC d/b/a TMPL LEXINGTON, EMPIRE HOLDINGS AND INVESTMENTS, LLC, and PATRICK WALSH,

            Defendants.

**ORDER**

23-CV-9899 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the parties' motion for approval of a settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). ECF Nos. 66, 68. The Parties' Joint Letter states that Plaintiff signed a retainer agreement providing counsel with a figure approximating "one-third of the total settlement," which exceeds Plaintiff's Counsel's lodestar amount. ECF No. 66 at 6. However, a copy of the retainer agreement has not been provided to the Court. Approval of the attorneys' fees without this requisite documentation "would be premature." *Wallace v. Int'l House of Pancakes, LLC*, No. 21-CV-6993 (MKV), 2024 WL 1855670, at *2 (S.D.N.Y. Apr. 29, 2024). Thus, Plaintiff must submit the retainer agreement with her counsel before any fees can be approved.

    Similarly, no receipts have been provided for the costs claimed, which total $16,958.68. *See* ECF No. 66-2 at 6. Adequate substantiation is required for

1

approval of these costs. See *Sanchez v. Jyp Foods Inc.*, No. 16-CV-4472 (JLC), 2018 WL 4502008, at *17 (S.D.N.Y. Sept. 20, 2018).

Accordingly, by **September 30, 2025**, Plaintiff's counsel is directed to submit a copy of the retainer agreement between Plaintiff and her attorney, and documentation of the claimed costs.

**SO ORDERED.**

Dated: September 16, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge