```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARYN BALDWIN,

                Plaintiff,

-against-

TMPL LEXINGTON LLC d/b/a TMPL
LEXINGTON, EMPIRE HOLDINGS AND
INVESTMENTS, LLC, and PATRICK WALSH,

                Defendants.

**ORDER**

23-CV-9899 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of Plaintiff's counsel's letter, the retainer signed by Plaintiff, and the updated list of costs. ECF No. 70. Upon review of the contents of the filing, the Court notes the discrepancy between the updated list of costs and the costs listed in the proposed settlement. *Compare id.* at 2 *with* ECF No. 68 at 2–3.

    Accordingly, the Court directs Plaintiff's counsel to provide an updated settlement agreement with the revised settlement distribution amount by **October 20, 2025.**

**SO ORDERED.**

Dated: October 3, 2025
       New York, New York

                                         Henry J. Ricardo
                                         United States Magistrate Judge